# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC., ET AL., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. MC-20-0001-HE |
| NATIONAL RIFLE ASSOCITATION OF AMERICA, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Respondents' response to movants' motion to quash [Doc. #1] shall be filed on or before **February 21, 2020**.

**IT IS SO ORDERED**.

Dated this 11th day of February, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE